UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD H. WEINER, DPM, PA, | * | CIVIL ACTION NO. 3:17-cv-00949-~~L~~ BN |
| Plaintiff | * | |
| VERSUS | * | ~~JUDGE SAM A. LINDSAY~~ |
| BLUE CROSS AND BLUE SHIELD OF LOUISIANA, | * | MAGISTRATE JUDGE DAVID L. HORAN |
| | * | |
| Defendant | * | |
| * * * * * * | | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ITS COUNTERCLAIM, WITH PREJUDICE, AND FOR ENTRY OF FINAL JUDGMENT

CONSIDERING THE FOREGOING Defendant's Motion to Dismiss its Counterclaim, with Prejudice, and for Entry of Final Judgment ("Motion"), filed on behalf of Defendant Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana ("BCBSLA"),

**IT IS ORDERED** that BCBSLA's Motion be and hereby is **GRANTED** and that BCBSLA's Counterclaim against Plaintiff be and is hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's claims against BCBSLA be and are hereby **DISMISSED WITH PREJUDICE** on the grounds set forth in this Court's prior August 17, 2018 Memorandum Opinion and Order (Doc. 60). ~~This is a Final Judgment.~~

**IT IS FURTHER ORDERED** that taxable costs of court are to be paid by the party incurring the same. BCBSLA ~~may seek~~ is seeking attorneys' fees, as a prevailing party under ERISA, 29 U.S.C. § 1132(g), by separate motion ~~to be~~ filed on ~~or before~~ September 28, 2018.

**SO ORDERED.**

SIGNED this 23rd day of October, 2018.

*[signature]*

HONORABLE DAVID L. HORAN
MAGISTRATE JUDGE, U.S. DISTRICT COURT