IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD H. WEINER, DPM, PA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-949-BN |
| | § | |
| BLUE CROSS AND BLUE SHIELD OF LOUISIANA, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, It is ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff Richard H. Weiner, DPM, PA's claims against Defendant Blue Cross and Blue Shield of Louisiana are dismissed with prejudice on the grounds set forth in the Court's August 17, 2018 Memorandum Opinion and Order [Dkt. No. 60], and, on Blue Cross and Blue Shield of Louisiana's motion [Dkt. No. 62], BCBSLA's counterclaim against Plaintiff Richard H. Weiner, DPM, PA are dismissed with prejudice.

2. Plaintiff Richard H. Weiner, DPM, PA must pay Defendant Blue Cross and Blue Shield of Louisiana its reasonable attorneys' fees under 29 U.S.C. § 1132(g)(1) in the amount of $31,476.50.

3. The Clerk of the Court is directed to transmit a true copy of this Final Judgment

to Plaintiff Richard H. Weiner, DPM, PA.

4. The Clerk of the Court is directed to terminate and close this case.

DATED: October 24, 2018

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE